Elise R. Sanguinetti (SBN 191389)
Jamie G. Goldstein (SBN 302479)
**ARIAS, SANGUINETTI, WANG & TORRIJOS, LLP**
2200 Powell Street, Suite 740
Emeryville, California 94608
Telephone: (510) 629-4877
Facsimile: (510) 291-9742
elise@aswtlawyers.com
jamie@aswtlawyers.com

Attorneys for Plaintiff
M.M., a minor by and through her
guardian ad litem, JOHN MARSHALL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.M., a minor by and through her guardian ad litem JOHN MARSHALL,<br><br>  Plaintiff,<br><br>  vs.<br><br>SAN JUAN UNIFIED SCHOOL DISTRICT, KENT KERN, DAMON SMITH, SHELLEE ZAMORA, and DOES 1-30,<br><br>  Defendants. | CASE NO. 2:19-CV-00398-TLN-EFB<br><br>**ORDER APPOINTING JOHN MARSHALL AS GUARDIAN AD LITEM OF MINOR PLAINTIFF M.M.** |

//

//

//

//

//

//

//

Plaintiff, having filed an administrative motion for an Order appointing John Marshall as Guardians Ad Litem for minor Plaintiff M.M., and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT John Marshall is appointed Guardians Ad Litem for the minor Plaintiff M.M. in the above-entitled matter.

Dated: March 18, 2019

_____
Troy L. Nunley
United States District Judge

ORDER APPOINTING JOHN MARSHALL AS GUARDIAN AD LITEM OF MINOR PLAINTIFF M.M.