UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.M., a minor by and through her guardian ad litem JOHN MARSHALL,<br><br>Plaintiff,<br><br>v.<br><br>SAN JUAN UNIFIED SCHOOL DISTRICT, et al.,<br><br>Defendants. | No. 2:19-cv-00398-TLN-JDP<br><br>**ORDER** |

This matter is before the Court on Plaintiff M.M.'s (the "minor"), by and through her Guardian ad litem John Marshall, motion for an order approving the compromise of her claim against all Defendants arising from personal injuries she suffered while a student at Defendants' elementary school.  (ECF No. 26.)  Having considered Plaintiff's moving papers, the relevant legal authorities, and the record in this case, the Court hereby APPROVES the compromise of the minor's claim as the Court finds the settlement reasonable and in the best interests of the minor.

Additionally, the Court orders as follows:

1.      Good cause shown, Plaintiff's counsel is approved for reimbursement of costs advanced in the amount of $908.55;

2.      Good cause shown, attorneys' fees are approved in the amount of $6,250.00, which represents twenty-five percent (25%) of the minor Plaintiff's share of the settlement.

1

3. After deduction for the minor's share of costs and fees as set forth above, the minor Plaintiff will receive $17,841.45.

4. The remainder of the net settlement proceeds of $17,841.45 are to be deposited into a blocked account at Wells Fargo Bank located at 102 W. Main Street, Emmett, ID 83617, Tel: (208)365-4422. Any withdrawals of the proceeds prior to the minor reaching the age of majority are to occur only by Order of this Court. The blocked account will be available for the limited needs of Plaintiff, should it be necessary, prior to the age of 18. On Plaintiff's 18th birthday December 4, 2026, the account is to no longer be blocked and Plaintiff is to have full access.

5. Upon payment of the settlement funds by Defendants, a stipulated dismissal pursuant to Federal Rule of Civil Procedure section 41(a)(1)(A)(ii), will be filed with the Court.

IT IS SO ORDERED.

DATED: March 8, 2022

Troy L. Nunley
United States District Judge

2