Elise R. Sanguineti, Esq.
Jamie G. Goldstein, Esq.
jamie@aswtlawyers.com
**ARIA, SANGUINETTI, WANG & TORRIJOS**
2200 Powell Street, Suite 740
Emeryville, CA 94608
Telephone:   (510) 629-4877
Facsimile:   (510) 291-9742

**Attorneys for Plaintiff**
**M.M., a minor by and through her**
**guardian ad litem, JOHN MARSHALL**

**SPINELLI, DONALD & NOTT**
A Professional Corporation
Ross R. Nott (SBN: 172235)
rossn@sdnlaw.com
601 University Avenue, Suite 225
Sacramento, CA 95825
Telephone:  (916) 448-7888
Facsimile:   (916) 448-6888

**Attorneys for Defendants**
**SAN JUAN UNIFIED SCHOOL DISTRICT,**
**DAMON SMITH and SHELLEE ZAMORA**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.M., a minor by and through her guardian ad litem JOHN MARSHALL,<br><br>Plaintiff,<br><br>vs.<br><br>SAN JUAN UNIFIED SCHOOL DISTRICT; KENT KERN, DAMON SMITH, SHELLEE ZAMORA, and DOES 1-30,<br><br>Defendants. | Case No.: 2:19-CV-00398-TLN-JDP<br><br>**STIPULATION AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>District Court Judge: Hon. T. Nunley<br><br>Complaint Filed: March 5, 2019 |

The relevant parties, by and through their respective attorneys of record, hereby stipulate and jointly request an Order from the Court to a dismissal of Plaintiff's Second Amended Complaint, the entire action, against all Defendants, with prejudice.  This stipulation follows this Court's Order of

March 8, 2022 (ECF 28) and compliance by the Parties therewith.  Each party agrees to bear its own costs as to this dismissal.

    IT IS SO STIPULATED THROUGH COUNSEL OF RECORD

Dated: July 8, 2022        **ARIA, SANGUINETTI, WANG & TORRIJOS**

By:   /s/Jamie Goldstein
Jamie Goldstein, Esq.
Attorneys for Plaintiff
M.M., a minor by and through her
guardian ad litem, JOHN MARSHALL

Dated: July 8, 2022        **SPINELLI, DONALD & NOTT**

By:   /s/ Ross R. Nott
Ross R. Nott
Counsel for Defendants, SAN JUAN UNIFIED S.D.,
DAMON SMITH, SHELLEE ZAMORA

**ORDER**

**PURSUANT TO STIPULATION AND REQUEST, IT IS ORDERED AS FOLLOWS:**

The Court hereby dismisses this entire action with prejudice, as to all claims alleged by Plaintiff. All further dates and deadlines in this matter are hereby vacated.

    IT IS ORDERED

DATED: July 8, 2022

Troy L. Nunley
United States District Judge